# DELAWARE CORRECTIONAL CENTER
# SUPPORT SERVICES OFFICE
# MEMORANDUM

05    568

TO: _Terell Downing_    SBI#: _292285_

FROM:    Stacy Shane, Support Services Secretary

RE:    **6 Months Account Statement**

DATE:    _June 30, 2005_

FILED
AUG - 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Attached are copies of your inmate account statement for the months of _December, 2004_ to _May 31, 2005_.

The following indicates the average daily balances.

| MONTH | AVERAGE DAILY BALANCE |
|---|---|
| Dec | 7.67 |
| Jan | 17.82 |
| Feb | 15.53 |
| March | 14.87 |
| april | 20.28 |
| may | .14 |

Average daily balances/6 months: _12.63_

Attachments
CC:  File

_Stacy Shane_
6/30/05

_Brian D Engrem_
Notary

# Individual Statement

Date Printed: 6/29/2005

## For Month of December 2004

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | Beg Mth Balance: | $0.05 | |
|---|---|---|---|---|---|---|---|---|
| 00292285 | Downing | Terek | | | | | | |
| Current Location: | SU/1 | | | Comments: QOL2 | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 12/1/2004 | $26.64 | $0.00 | $0.00 | $26.69 | 38651 | | FS 10/24-11/23 | |
| Canteen | 12/8/2004 | ($19.58) | $0.00 | $0.00 | $7.11 | 41343 | | | |
| Canteen | 12/15/2004 | ($7.04) | $0.00 | $0.00 | $0.07 | 44568 | | | |

Ending Mth Balance: $0.07

# Individual Statement

## For Month of January 2005

Date Printed: 6/29/2005 | Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | Beg Mth Balance: | $0.07 |
|---|---|---|---|---|---|---|---|
| 00292285 | Downing | Terek | | | | | |
| Current Location: | SU/1 | | | Comments: QOL2 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 1/3/2005 | $52.68 | $0.00 | $0.00 | $52.75 | 51047 | | | |
| Misc Wage | 1/3/2005 | $4.32 | $0.00 | $0.00 | $57.07 | 51048 | | FS 11/24-12/23 | |
| Canteen | 1/6/2005 | ($20.00) | $0.00 | $0.00 | $37.07 | 53015 | | FS 11/24-12/23 | |
| Canteen | 1/12/2005 | ($19.63) | $0.00 | $0.00 | $17.44 | 55611 | | | |
| Canteen | 1/19/2005 | ($12.29) | $0.00 | $0.00 | $5.15 | 58237 | | | |
| Canteen | 1/26/2005 | ($5.04) | $0.00 | $0.00 | $0.11 | 60942 | | | |

Ending Mth Balance: $0.11

# Individual Statement

## For Month of February 2005

Date Printed: 6/29/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | | Beg Mth Balance: | $0.11 | |
|---|---|---|---|---|---|---|---|---|
| 00292285 | Downing | Terek | | | | | | |
| Current Location: | SU/1 | | | Comments: QOL2 | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 2/1/2005 | $54.12 | $0.00 | $0.00 | $54.23 | 62594 | | FS 12/24-01/23/05 | |
| Canteen | 2/2/2005 | ($17.59) | $0.00 | $0.00 | $36.64 | 63983 | | | |
| Canteen | 2/9/2005 | ($19.90) | $0.00 | $0.00 | $16.74 | 66735 | | | |
| Canteen | 2/16/2005 | ($16.20) | $0.00 | $0.00 | $0.54 | 69871 | | | |

Ending Mth Balance: $0.54

# Individual Statement

## For Month of March 2005

Date Printed: 6/29/2005                                                                                                  Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.54 |
|---|---|---|---|---|---|---|
| 00292285 | Downing | Terek | | | | |

Current Location: SU/1    Comments: QOL2

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 3/1/2005 | $47.52 | $0.00 | $0.00 | $48.06 | 74582 | | FS 1/24-2/23 | |
| Canteen | 3/2/2005 | ($11.79) | $0.00 | $0.00 | $36.27 | 76055 | | | |
| Canteen | 3/9/2005 | ($19.30) | $0.00 | $0.00 | $16.97 | 78984 | | | |
| Canteen | 3/16/2005 | ($14.45) | $0.00 | $0.00 | $2.52 | 81870 | | | |

Ending Mth Balance:   $2.52

# Individual Statement

## For Month of April 2005

Date Printed: 6/29/2005  
Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $2.52 |
|---|---|---|---|---|---|---|
| 00292285 | Downing | Terek | | | | |
| Current Location: | SU/1 | | Comments: QOL2 | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 4/1/2005 | $50.40 | $0.00 | $0.00 | $52.92 | 88629 | | F S 2/24-3/23 | |
| Canteen | 4/6/2005 | ($19.89) | $0.00 | $0.00 | $33.03 | 90629 | | | |
| Canteen | 4/14/2005 | ($19.88) | $0.00 | $0.00 | $13.15 | 94137 | | | |
| Canteen | 4/20/2005 | ($13.09) | $0.00 | $0.00 | $0.06 | 96717 | | | |

Ending Mth Balance: $0.06

# Individual Statement
## For Month of May 2005

Date Printed: 6/29/2005

Page 1 of 1

| SBI | Last Name | First Name | MI | Suffix | Beg Mth Balance: | $0.06 | | |
|---|---|---|---|---|---|---|---|---|
| 00292285 | Downing | Terek | | | | | | |
| Current Location: | SU/1 | | | Comments: QOL2 | | | | |

| Trans Type | Date | Deposit or Withdrawal Amount | Medical Hold | Non-Medical Hold | Balance | Trans # | MO # or Ck # | PayTo | SourceName |
|---|---|---|---|---|---|---|---|---|---|
| Misc Wage | 5/2/2005 | $2.88 | $0.00 | $0.00 | $2.94 | 100619 | FS 3/24-4/23 | | |
| Canteen | 5/3/2005 | ($2.89) | $0.00 | $0.00 | $0.05 | 101398 | | | |
| Supplies-MailP | 5/26/2005 | $0.00 | $0.00 | ($3.81) | $0.05 | 112132 | 07/05/04 | | |
| Supplies-MailP | 5/26/2005 | $0.00 | $0.00 | ($3.65) | $0.05 | 112237 | 8/2/04 | | |
| Supplies-MailP | 5/26/2005 | $0.00 | $0.00 | ($3.41) | $0.05 | 112308 | 4/5/04 | | |

Ending Mth Balance: $0.05