IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEREK RAHEEM DOWNING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-568-SLR |
| | ) |
| ART DAVIS, CORRECTIONAL | ) |
| OFFICERS AND STAFF, DELAWARE | ) |
| CORRECTIONAL CENTER, FIRST | ) |
| CORRECTIONAL MEDICAL, INC., | ) |
| WARDEN THOMAS CARROLL, M. | ) |
| JANE BRADY, DELAWARE | ) |
| DEPARTMENT OF CORRECTIONS, | ) |
| and DELAWARE DEPARTMENT OF | ) |
| COURT AND TRANSIT, | ) |
| | ) |
| Defendants. | ) |

FILED
AUG 23 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**AUTHORIZATION**

I, Terek Raheem Downing, request and authorize the agency holding me in custody to disburse to the Clerk of the Court the initial partial filing fee of $7.86 and the subsequent payments pursuant to 28 U.S.C. § 1915(b) and required by the Court's order dated August 12, 2005.

This authorization is furnished in connection with the filing of a civil action, and I understand that the filing fee for the complaint is $250.00. I also understand that the entire filing fee may be deducted from my trust account regardless of the outcome of my civil action. This authorization shall apply

to any other agency into whose custody I may be transferred.

Date: _____8/18_____, 2005.

                                                                            Terek Raheem Downing





I/M Terek R. Downing
SBI# 292285    UNIT SHU-19-BU8
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Office of the Clerk
United States District Court
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570

"Legal Mail"