9/05/05

Terek Raheem Downing
Plaintiff,
v.
ART Davis, Correctional officers and Staff, Delaware correctional Center, First Correctional Medical, INC., Warden Thomas Carroll, M. Jane Brady, Delaware Department of Corrections, and Delaware Department of Court and Transit.

Civ. NO. 05-568-SLR

FILED
SEP - 7 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I was granted to proceed in forma Pauperis, and I filled out the form for the court to take \$7.86 (20%) and to take 20% of my monthly income until the \$250.00 filing fee is paid. I didn't recieve anything from the court stating that it recieve the form, so to be on the Safe side, I am signing under penalty of perjury I hereby Authorize the Warden or other appropriate offical at the Delaware Correctional Center, or at and prison at which I The plaintiff is or may be incarcerated shall be required to deduct the \$7.86 initial partial filing fee from my trust account, when such funds become available, and forward that amount to the Clerk of the Court. And Each time my balance in my the plaintiff's trust account exceeds \$10.00 the warden or the appropriate offical at the Delaware Correational Center, or at any prison at which the plaintiff is or may be incarcerated, shall be required to make monthy payments of 20 percent (20%) of the perceding month's income credited to the plaintiff's trust account and forward

Next Page →

9/05/05

Civ. No. 05-568-SLR

that amount to the Clerk of the Court.

I declare the truth of the above under penalty of perjury.

Terek R. Downing 9/05/05
[signature] 9/05/05

I hope this pleases the court, and if not my I have another form because if you did not get my first form, I fear my mail must have been tampered with. because I sent it out the week of the 15-21 of August

And I also declare this truth of the above under penalty of perjury

Terek R. Downing 9/05/05
[signature] 9/05/05


I/M Terek R. Downing
SBI# 292285 UNIT SHU-19-B
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977
37 USA
WILMINGTON DE 198
PM
06 SEP
Office of the Clerk
U.S. District Cort
844 N. King Street, Lockbox 18
Wilmington, Delaware
19801-3570
Legal Mail