OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

December 1, 2005

TO: Terek Raheem Downing
SBI #292285
DCC

RE: U.S. Marshal 285 Forms
*Civil Action # 05-568 SLR*

Dear Mr. Downing:

Please be advised that this office has received the required U.S. Marshal 285 forms for Correctional Officer Art Davis, Correctional Officers and Staff, First Corrections Medical Inc., Warden Thomas Carroll, M. Jane Brady, Delaware Department of Corrections, and Delaware Department of Court and Transit in the above referenced case. In order for your case to be processed, the United States District Court of Delaware requires all U.S. Marshall 285 forms to be submitted. The U.S. Marshall 285 form for Delaware Correctional Center has yet to be received by this office.

Your complaint along with the U.S. Marshal 285 forms will be forwarded to the U.S. Marshal for service in accordance with the Court's orders as soon as the above mentioned U.S. Marshall 285 form for Delaware Correctional Center is submitted. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/jp

PETER T. DALLEO
CLERK

cc: The Honorable Sue L. Robinson; CA 05-568 SLR