## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEREK RAHEEM DOWNING | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-568-SLR |
| | ) | |
| CORRECTIONAL OFFICER ART DAVIS, CORRECTIONAL OFFICERS and STAFF – to be named later, FIRST CORRECTIONS MEDICAL, INC., WARDEN THOMAS CARROLL, M. JANE BRADY, DELAWARE DEPARTMENT OF CORRECTIONS and DELAWARE DEPARTMENT OF COURT and TRANSIT, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**ENTRY OF APPEARANCE**

Without waiver of any defenses including, but not limited to, insufficiency of service, or insufficiency of service of process, any jurisdictional defense or any affirmative defense, please enter the appearance of Deputy Attorney General Ophelia M. Waters on behalf of defendants Delaware Department of Correction, Delaware Department of Court and Transport, the Delaware Correctional Center, M. Jane Brady and Thomas Carroll.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters, I.D. 3879
Deputy Attorney General
820 North French Street, 6th Floor
Carvel State Building
Wilmington, Delaware 19801
(302) 577-8400

Date: March 6, 2006          Attorney for Defendants

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned hereby certifies that on March 6, 2006, I electronically filed *Entry of Appearance* with the Clerk of the Court using CM/ECF. I hereby certify that on March 6, 2006 I have mailed by U.S. Mail two copies of the same to Terek Raheem Downing; SBI # 00292285, Delaware Correction Center, 1181 Paddock Road, Smyrna, DE 19977

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

/s/ Ophelia M. Waters
Ophelia M. Waters
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400

Attorney for State Defendants