## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEREK RAHEEM DOWNING | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-568-SLR |
| | ) | |
| CORRECTIONAL OFFICER ART DAVIS, CORRECTIONAL OFFICERS and STAFF – to be named later, FIRST CORRECTIONS MEDICAL, INC., WARDEN THOMAS CARROLL, M. JANE BRADY, DELAWARE DEPARTMENT OF CORRECTIONS and DELAWARE DEPARTMENT OF COURT and TRANSIT, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **STATE DEFENDANTS' MOTION TO DISMISS**

State Defendants Delaware Department of Correction, Delaware Department of Court and Transit, Delaware Correctional Center, Warden Thomas Carroll and M. Jane Brady, by and through undersigned counsel, hereby move this Honorable Court pursuant to Fed. R. Civ. P. 12 (b) (6) to enter an Order dismissing Plaintiff's complaint for failure to state a claim upon which relief may be granted. In support of this Motion, State Defendants offer a Memorandum of Points and Authorities filed simultaneously herewith.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

  /s/ Ophelia M. Waters
Ophelia M. Waters, I.D. No. 3879
Deputy Attorney General
Carvel State Office Building, 6th Fl
820 North French Street
Wilmington, Delaware 19801
(302) 577-8400

Dated:  March 6 2006

Attorney for Department of Correction

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEREK RAHEEM DOWNING ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 05-568-SLR |
| ) | |
| CORRECTIONAL OFFICER ART ) | |
| DAVIS, CORRECTIONAL OFFICERS ) | |
| and STAFF – to be named later, ) | |
| FIRST CORRECTIONS MEDICAL, ) | |
| INC., WARDEN THOMAS CARROLL, ) | |
| M. JANE BRADY, DELAWARE ) | |
| DEPARTMENT OF CORRECTIONS and ) | |
| DELAWARE DEPARTMENT OF COURT ) | |
| and TRANSIT, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

**WHEREAS**, plaintiff's suit is barred by the Eleventh Amendment immunity and;

**WHEREAS**, plaintiff has failed to state a claim for which relief may be granted, and;

**WHEREAS**, plaintiff has failed to allege specific conduct to show that Carroll and Brady personally deprived him of his Constitutional rights, and;

**WHEREAS**, defendants are immune from liability under the Doctrine of *Respondeat* Superior, and;

**WHEREAS**, defendants have filed an appropriate Motion;

**IT IS ORDERED** this _____ Day of _____ , 2006, that defendants' Motion to Dismiss, is hereby **GRANTED.**

_____
J.