IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEREK RAHEEM DOWNING )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CORRECTIONAL OFFICER ART )<br>DAVIS, CORRECTIONAL OFFICERS )<br>and STAFF -- to be named later, )<br>FIRST CORRECTIONS MEDICAL, )<br>INC., WARDEN THOMAS CARROLL, )<br>M. JANE BRADY, DELAWARE )<br>DEPARTMENT OF CORRECTIONS and )<br>DELAWARE DEPARTMENT OF COURT )<br>and TRANSIT, )<br>)<br>Defendants. ) | C.A. No. 05-568-SLR |

ORDER

IT IS HEREBY ORDERED this 14th day of March, 2006, that the Department of Justice's petition for appointment of counsel pursuant to 10 *Del. C.* § 3925 and Rule 68 of the Delaware Supreme Court Rules is referred to the President Judge of the Superior Court of the State of Delaware.

_____
Judge