IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEREK RAHEEM DOWNING | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-568-SLR |
| | ) | |
| CORRECTIONAL OFFICER ART DAVIS, CORRECTIONAL OFFICERS and STAFF – to be named later, FIRST CORRECTIONS MEDICAL, INC., WARDEN THOMAS CARROLL, M. JANE BRADY, DELAWARE DEPARTMENT OF CORRECTIONS and DELAWARE DEPARTMENT OF COURT and TRANSIT, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

### ORDER

This ___14th___ day of ___March___, 2006,

**WHEREAS,** the Defendant Art Davis having requested an enlargement of time in which to file a responsive pleading; and

**WHEREAS,** there being good cause shown for the granting of such motion;

**IT IS HEREBY ORDERED**, that the Defendant Davis' Motion for Enlargement of Time is **GRANTED** until further order of Court.

_____
Honorable Susan L. Robinson