To Whom it may concern,    05-568 (SLR)
Can you please file and forward to the proper parties

Thank you,

Terek M. Downing
3-20-06



BD scanned