In The United States District Court

For the District of Delaware

Terek Raheem Downing

  Plaintiff,

Correctional officer Art Davis, Correctional officers and staff to be named later, First Correctional Medical Inc., Warden Thomas Carroll, Mulana Brady, Delaware Department of Corrections, and Delaware Dept. of Court and Transit,

  Defendants

C.A. NO. 05-568-SLR



FILED

MAR 3 0 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## Plaintiff Petition for the Appointment of Counsel

1. I, the Plaintiff Terek R. Downing, requests the appointment of counsel to represent me in Downing v. The above parties et al., C.A. No. 05-568 SLR a Civil action in the United States District Court for the District of Delaware, for the following reasons:

  1. I am not a member of the Bar and my knowledge of the law is very little. All I know is that I was wronged and I need some help. All I can tell you is what happened, but when all of the legal talk starts and motions are filed, I'm no match for the defendants legal counsel.

  2. There are things that A Counsel can do that I can't, such as Depositions. And when the Discoveries are complete, there will be alot of people who will have to be interviewed and investigated. And I'm in no position to do neither.

  3. I asked the court to understand my situation and rule in favor for appointment of Counsel.

Terek R. Downing
SBI# 292205
DCC
1181 Paddock Road
Smyrna, DE 19977

3-20-06

Terek R. Downing

