In The United States District Court
For The District of Delaware

Terek Raheem Downing
   Plaintiff,

v.

Correctional Officer Art Davis, Correctional officers
and Staff - to be named later, First Corrections Medical
INC., Warden Thomas Carroll, M. Jane Brady,
Delaware Department of Corrections and Delaware
Department of Court and Transit.

   Defendants.

C.A. No. 05-568-SLR



FILED
MAR 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
BD scanned

## Plaintiffs Answer to Defendants Motion to Dismiss

Defendants Arguments to Dismiss I have to take on face value because I'm not a lawyer and I'm not well versed in such. But I quite sure there are extraordinary situations such as this where that is not the case. First I quite sure you are aware there is a federal investigation into the prison system. My Civil Action was filed before this investigation, but it show there is a real problem, and it is not limited to Medical care. I ask the court to not rule in Defendants Motion to Dismiss. And If the court find itself ready to rule in the Defendants favor. I will ask the court to hold off ruling, at least until the Discovery is complete. Once it is complete, a lot more will come to light.

3-20-06

Terek R. Downing
[signature]

Terek R. Downing
SBI # 292295
DCC
1181 Paddock Road
Smyrna, DE 19977