IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEREK RAHEEM DOWNING | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-568-SLR |
| | ) | |
| CORRECTIONAL OFFICER ART DAVIS, CORRECTIONAL OFFICERS and STAFF – to be named later, FIRST CORRECTIONS MEDICAL, INC., WARDEN THOMAS CARROLL, M. JANE BRADY, DELAWARE DEPARTMENT OF CORRECTIONS and DELAWARE DEPARTMENT OF COURT and TRANSIT, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF FILING

The undersigned certifies that on March 16, 2006, she filed a *Petition for the Appointment of Counsel pursuant to 10 Del.C. § 3925 and Supreme Court Rule 68* with the Prothonotary in Delaware Superior Court of Kent County to represent defendant Art Davis, Jr. in *Downing v. Davis*, et al., 05-568-SLR. I have mailed by United States Postal Service, copies to all parties.

      /s/ Ophelia M. Waters
Ophelia M. Waters, Bar I.D. No. 3879
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400