IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

IN AND FOR KENT COUNTY

IN RE:                                    )
                                          )   C.A. No.
ART DAVIS, JR.,                           )
A State of Delaware Employee              )
                                          )
                                          )

## ORDER

This 27th day of April 2006, having considered the request for appointment of counsel filed by Ophelia M. Waters, Esq., Deputy Attorney General, indicating that there is a conflict of interest precluding the Department of Justice from representing Mr. Davis.

**IT IS HEREBY ORDERED** pursuant to 10 *Del. C.* § 3925 and Supreme Court Rule 68, that Vincent J. Poppiti, Esq. is appointed as counsel for Art Davis, Jr., in the defense of *Downing v. Davis, et al.* C.A. No. 05-568 SLR in the United States District Court for the District of Delaware.

_____
President Judge

oc:  Prothonotary
cc:  Ophelia M. Waters, Esq.
     Vincent J. Poppiti, Esq.
     Terek Raheem Downing, c/o DCC
     Art Davis, Jr.
     Gail McGlashan, Chief Fiscal Officer, AOC
     Robin Jenkins, AOC
     Maureen Frederick, Court Administrator
     File