## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEREK RAHEEM DOWNING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CORRECTIONAL OFFICER ART DAVIS, ) | |
| CORRECTIONAL OFFICERS and STAFF – to ) | |
| be named later, FIRST CORRECTIONS ) | |
| MEDICAL, INC., WARDEN THOMAS ) | C.A. No. 05-568-SLR |
| CARROLL, M. JANE BRADY, DELAWARE ) | |
| DEPARTMENT OF CORRECTIONS and ) | |
| DELAWARE DEPARTMENT OF COURT and ) | |
| TRANSIT, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that Vincent J. Poppiti, Esquire and Jason W. Staib, Esquire, of Blank Rome LLP hereby enter their appearance on behalf of defendant Art Davis, Jr. Please update your mailing matrix and/or service list to reflect this information.

                                BLANK ROME LLP

                                _____
                                Vincent J. Poppiti (I.D. No. 100614)
                                1201 Market Street, Suite 800
                                Wilmington, DE 19801
                                Telephone: (302) 425-6400
                                Facsimile: (302) 425-6464
Date: May 15, 2006              poppiti@blankrome.com

900200.00001/40162025v.1

Date: May 15, 2006

BLANK ROME LLP

*Jason Staib*

Jason W. Staib (I.D. No. 3779)
1201 Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 425-6400
Facsimile: (302) 425-6464
staib@blankrome.com

900200.00001/40162025v.1