## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that copies of the foregoing **Notice of Entry of Appearance** was served this 15th day of May, 2006 upon the following, in the manner indicated:

**VIA HAND DELIVERY**
Opehelia M. Waters, DAG
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Terek Raheem Downing, SBI#00292285
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

_/s/ Jason W. Staib_
Jason W. Staib

900200.00001/40162025v.1