UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TEREK RAHEEM DOWNING, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 05-568 (SLR) |
| | ) | |
| v. | ) | JURY OF TWELVE DEMANDED |
| | ) | |
| ART DAVIS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

TO: Terek Raheem Downing
S.B.I.# 292285
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977
℅ Correctional Medical Services
1201 College Park Drive, Ste 101
Dover, DE 19904

Department of Justice
820 N. French Street, 8th Floor
Wilmington, DE 19801

**PLEASE TAKE NOTICE** that the undersigned will take the deposition *duces tecum* of the Records Custodian for Delaware Correctional Center relating to medical records of Terek Raheem Downing at the offices of McCullough & McKenty, P.A., 1225 N. King Street, Suite 1100, Wilmington, Delaware 19801, on Tuesday, August 22, 2006 beginning at 2:00 p.m.: **Note: Personal appearance is waived if the materials are received in our office prior to the date of deposition.**

McCULLOUGH & McKENTY, P.A.

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
*Attorneys for Defendant First Correctional Medical, LLC*

Dated: August 8, 2006

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| TEREK RAHEEM DOWNING, | ) |
| | ) |
| Plaintiff, | ) C.A. No. 05-568 (SLR) |
| | ) |
| v. | ) JURY OF TWELVE DEMANDED |
| | ) |
| ART DAVIS, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, **DANA SPRING MONZO**, hereby certify that on the 8th day of August, 2006, two (2) copies of the attached *Notice of Records Deposition* were sent to the following via first class mail, postage pre-paid:

TO: Terek Raheem Downing
S.B.I.# 292285
Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977

Delaware Correctional Center
1181 Paddock Rd.
Smyrna, DE 19977
% Correctional Medical Services
1201 College Park Drive, Ste 101
Dover, DE 19904

Department of Justice
820 N. French Street, 8th Floor
Wilmington, DE 19801

**McCULLOUGH & McKENTY, P.A.**

/s/ Dana Spring Monzo
Daniel L. McKenty, Del. Bar No. 2689
Dana Spring Monzo, Del. Bar No. 4605
1225 N. King Street, Suite 1100
P.O. Box 397
Wilmington, DE 19899-0397
(302) 655-6749
*Attorneys for Defendant First Correctional Medical, LLC*