## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that copies of the foregoing *Answer and Defenses of Defendant Correctional Officer Art Davis, Jr.* was served this 17th day of August, 2006 upon the following, in the manner indicated:

**VIA HAND DELIVERY**
Opehelia M. Waters, DAG
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE 19801

Daniel L. McKenty, Esquire
Dana Spring Monzo, Esquire
McCullough & McKenty, P.A.
1225 North King Street
Suite 1100
Wilmintgon, DE 19899

**VIA FIRST CLASS MAIL**
Terek Raheem Downing, SBI#00292285
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE 19977

_____
Jason W. Staib

125355.00601/40164128v.1