**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| TEREK RAHEEM DOWNING | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-568-SLR |
| | ) | |
| CORRECTIONAL OFFICER ART | ) | |
| DAVIS, CORRECTIONAL OFFICERS | ) | |
| and STAFF – to be named later, | ) | |
| FIRST CORRECTIONS MEDICAL, | ) | |
| INC., WARDEN THOMAS CARROLL, | ) | |
| M. JANE BRADY, DELAWARE | ) | |
| DEPARTMENT OF CORRECTIONS and | ) | |
| DELAWARE DEPARTMENT OF COURT | ) | |
| and TRANSIT, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned certifies that on August 23, 2006, she caused the *State Defendants' Production of Medical Records of Terek Raheem Downing, SBI No. 292285* to be delivered to the following persons in the form and manner indicated:

**One copy by hand delivery to each recipient:**

| | |
|---|---|
| Vincent J. Poppiti, Esq. | Dana Spring Monzo, Esq. |
| Jason Wade Staib, Esq. | McCullough & McKenty, P.A. |
| Blank Rome LLP | 1225 North King Street |
| 1201 Market Street | Suite 1100 |
| Suite 800 | Post Office Box 397 |
| Wilmington, DE  19801-4226 | Wilmington, DE  19899-6827 |

Notice will be delivered via First Class mail to:

Terek Raheem Downing, Inmate
SBI No.: 292285
Delaware Correctional Center
1181 Paddock Road
Smyrna, DE  19977

                        **STATE OF DELAWARE**
                        **DEPARTMENT OF JUSTICE**

                        /s/ Ophelia M. Waters
                        Ophelia M. Waters, I.D. #3879
                        Deputy Attorney General
                        Carvel State Building
                        820 N. French Street, 6th floor
                        Wilmington, DE  19801
                        Ophelia.Waters@state.de.us
                        Attorney for State Defendants