IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TEREK RAHEEM DOWNING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 05-568-SLR |
| | ) |
| CORRECTIONAL OFFICER ART DAVIS, CORRECTIONAL OFFICERS AND STAFF, DELAWARE CORRECTIONAL CENTER, FIRST CORRECTIONS MEDICAL INC., WARDEN THOMAS CARROLL, M. JANE BRADY, DELAWARE DEPARTMENT OF CORRECTION, and DELAWARE DEPARTMENT OF COURT AND TRANSIT, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 17th day of January 2007, for the reasons set forth in the memorandum opinion issued this date;

IT IS HEREBY ORDERED that:

1. State defendants' motion to dismiss (D.I. 17) is **granted**.

2. Plaintiff's motion for appointment of counsel (D.I. 23) is **denied without prejudice**.

                                                                     _____
                                                             UNITED STATES DISTRICT JUDGE