IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TAREK RAHEEM DOWNING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 05-568-SLR |
| ) | |
| FIRST CORRECTIONAL MEDICAL, ) | |
| ) | |
| Defendants. ) | |

ORDER

At Wilmington this 18th day of September, 2007, there having been no activity in the above-captioned case with respect to defendant First Correctional Medical since service was effectuated and the time to file an answer or otherwise respond to the complaint has past pursuant to Fed. R. Civ. P. 12(a);

IT IS ORDERED that, on or before **October 17, 2007,** plaintiff shall file a request with the court for default in appearance for said defendant in accordance with Fed. R. Civ. P. 55(a) or show cause why said defendant should not be dismissed from the above-captioned action for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF SAID DEFENDANT AND THIS CASE SHALL BE DISMISSED.

_____
United States District Judge